AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Huvelle, Ellen S. | 2. Court or Organization<br><br>US District Court for the District of Columbia | 3. Date of Report<br><br>10/29/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - senior status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>333 Constitution Avenue NW<br>Washington DC 20001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Boston College Law School Board |
| 2. Board Member | Abramson Scholarship Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Senior Counsel at Covington & Burling, LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nationstar (previously held by Bank of America) | Mortgage on Rental Property, Washington, DC (Part VII, Line 71) | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Anheuser Busch Inbev SA SPON (BUD) | A | Dividend | J | T | | | | | |
| 2. CSX Corp | A | Dividend | L | T | | | | | |
| 3. Fiserve Inc ( fka First Data Corp) | | None | K | T | | | | | |
| 4. INVESCO Intl Growth | D | Dividend | L | T | | | | | |
| 5. iShares US Healthcare ETF | B | Dividend | L | T | | | | | |
| 6. iShares MSCI EAFE Fund | D | Dividend | M | T | Sold (part) | 04/23/19 | L | C | |
| 7. iShares S&P Cap 600 Growth | A | Dividend | K | T | | | | | |
| 8. Oracle Corp | B | Dividend | L | T | | | | | |
| 9. PepsiCo Inc | A | Dividend | K | T | | | | | |
| 10. Schlumberger | A | Dividend | | | Sold | 11/19/19 | J | | |
| 11. Schwab Government Money Fund | A | Dividend | L | T | | | | | |
| 12. Schwab Tax Free Bond | C | Dividend | P1 | T | Buy (add'l) | 04/23/19 | J | | |
| 13. SPDR S&P 500 ETF | E | Dividend | P1 | T | | | | | |
| 14. Templeton Global Bond Adv | B | Dividend | | | Buy | 05/16/19 | K | | |
| 15. | | | | | Sold | 11/18/19 | K | | |
| 16. Vanguard High Dividend Yield | D | Dividend | N | T | | | | | |
| 17. Vanguard Interm-Term Tax-Exempt Adm | D | Dividend | N | T | Buy | 02/05/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 07/01/19 | K | | |
| 19. | | | | | Buy<br>(add'l) | 11/18/19 | L | | |
| 20. Vanguard FTSE Emerging Markets ETF | D | Dividend | M | T | | | | | |
| 21. Vanguard Short Term Treasury | D | Dividend | N | T | | | | | |
| 22. Yum Brands | A | Dividend | K | T | | | | | |
| 23. DFA International Core Equity I | D | Dividend | N | T | Buy<br>(add'l) | 04/23/19 | K | | |
| 24. Yum China Holdings | A | Dividend | J | T | | | | | |
| 25. Dell Technologies Inc. CL V | | None | J | T | | | | | |
| 26. IRA #2 Charles Schwab (H) | | | | | | | | | |
| 27. -Abbott Laboratories | A | Dividend | K | T | | | | | |
| 28. -Arbitrage Fds Cl 1 | C | Dividend | N | T | | | | | |
| 29. -DoubleLine Core Fixed Income I | E | Dividend | O | T | Buy<br>(add'l) | 04/23/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 31. | | | | | Sold<br>(part) | 12/18/19 | M | C | |
| 32. - Schwab Government Money Fund | A | Dividend | J | T | | | | | |
| 33. -Templeton Global Bond adv | C | Dividend | M | T | Buy<br>(add'l) | 12/19/19 | L | | |
| 34. -Under Armour | | None | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Vanguard Short-Term Treasury Adm | B | Dividend | L | T | Buy<br>(add'l) | 11/18/19 | J | | |
| 36. -DFA Emerging Markets Core Equity I | C | Dividend | M | T | | | | | |
| 37. -DFA International Core Equity I | C | Dividend | M | T | | | | | |
| 38. -PIMCO All Asset | C | Dividend | M | T | | | | | |
| 39. DFA Emrging Mkts Core Eqty 1 | C | Dividend | | | Buy | 02/05/19 | M | | |
| 40. | | | | | Buy<br>(add'l) | 04/23/19 | K | | |
| 41. | | | | | Sold | 11/18/19 | M | | |
| 42. ExxonMobil | C | Dividend | L | T | | | | | |
| 43. Facebook Inc | | None | L | T | | | | | |
| 44. IBM | A | Dividend | J | T | | | | | |
| 45. Schwab Government Money Fund | A | Dividend | M | T | | | | | |
| 46. INVESCO Diversified Dividend | C | Dividend | L | T | | | | | |
| 47. iShares Core MSCI emerging mkts | C | Dividend | M | T | Buy<br>(add'l) | 11/18/19 | M | | |
| 48. | | | | | Sold<br>(part) | 02/05/19 | M | D | |
| 49. iShares MSCI EAFE | C | Dividend | M | T | Sold<br>(part) | 04/23/19 | K | C | |
| 50. iShares Morningstar Large Cap Value<br>(formerly iShares TR Large Value) | D | Dividend | M | T | | | | | |
| 51. iShares Morningstar Mid Value (formerly<br>iShares TR Mid Value) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | iShares S&P 500 Growth | B | Dividend | M | T | | | | | |
| 53. | iShares S&P 600 Growth | A | Dividend | L | T | | | | | |
| 54. | Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 55. | Schwab Tax Free Bond | E | Dividend | P1 | T | Buy<br>(add'l) | 04/23/19 | K | | |
| 56. | SPDRs S&P 500Fd ETF | E | Dividend | P1 | T | | | | | |
| 57. | Templeton Global Bond Adv | B | Dividend | | | Buy | 05/16/19 | K | | |
| 58. | | | | | | Sold | 11/18/19 | K | | |
| 59. | Vanguard High Dividend Yield | D | Dividend | N | T | | | | | |
| 60. | Vanguard FTSE Emerging Markets ETF | D | Dividend | M | T | Sold<br>(part) | 04/23/19 | K | D | |
| 61. | DFA International Core Equity I | D | Dividend | N | T | Buy<br>(add'l) | 04/23/19 | K | | |
| 62. | Amgen Inc. | B | Dividend | K | T | | | | | |
| 63. | Doubleline Core Fixed Income 1 | C | Dividend | M | T | Buy<br>(add'l) | 11/18/19 | L | | |
| 64. | | | | | | Buy<br>(add'l) | 07/01/19 | K | | |
| 65. | Vanguard Extended Market ETF | B | Dividend | M | T | | | | | |
| 66. | PIMCO All Asset | B | Dividend | K | T | | | | | |
| 67. | Vanguard Short Term Treasury Adm | C | Dividend | M | T | | | | | |
| 68. | IRA #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -DFA U.S. Large Cap Value | C | Dividend | M | T | | | | | |
| 70.   -DoubleLine Core Fixed Income I | B | Dividend | L | T | | | | | |
| 71.   Rental Property, Washington, DC | E | Rent | N | S | | | | | |
| 72.   Retirement Account (H) | | | | | | | | | |
| 73.   -Lazard Emerging Mkts | C | Dividend | M | T | | | | | |
| 74.   -Metropolitan West Total Return | C | Int./Div. | M | T | | | | | |
| 75.   Retirement Account-IRA #3 (H) | | | | | | | | | |
| 76.   -Schwab Government Money Fund X | A | Dividend | K | T | | | | | |
| 77.   -Arbitrage Fds Cl I | C | Dividend | M | T | Sold (part) | 01/11/19 | M | A | |
| 78.   -DoubleLine Core Fixed Income I | E | Dividend | N | T | Sold (part) | 12/18/19 | M | D | |
| 79.   Eaton Vance Glbl Macr Absolute Retrn 1 | E | Dividend | N | T | Buy | 01/11/19 | O | | |
| 80. | | | | | Sold (part) | 07/01/19 | N | D | |
| 81.   -Matthews Asian Growth & Income Instl | | None | | | Buy (add'l) | 02/05/19 | L | | |
| 82. | | | | | Sold | 04/23/19 | M | E | |
| 83.   -Templeton Income Global Bond Advisor | E | Dividend | N | T | | | | | |
| 84.   -Vanguard Short Term Treasury Adm | D | Dividend | N | T | | | | | |
| 85.   -Vanguard Total Bond Market | D | Dividend | N | T | Buy (add'l) | 11/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -PIMCO All Asset | E | Dividend | N | T | Buy (add'l) | 09/09/19 | K | | |
| 87. | | | | | Sold (part) | 01/11/19 | M | C | |
| 88. -AQR Equity Market Neutral 1 | | None | M | T | Sold (part) | 01/11/19 | L | | |
| 89. | | | | | Sold (part) | 06/24/19 | N | | |
| 90. -AQR Managed Futures Strategy I | E | Dividend | O | T | Sold (part) | 01/11/19 | M | | |
| 91. | | | | | Sold (part) | 09/09/19 | L | C | |
| 92. -DFA Emerging Mkts Core Equity I | C | Dividend | M | T | Buy (add'l) | 04/23/19 | M | | |
| 93. | | | | | Sold (part) | 02/05/19 | L | D | |
| 94. -iShares Gold Trust | | None | O | T | Buy | 06/24/19 | N | | |
| 95. | | | | | Buy (add'l) | 07/01/19 | N | | |
| 96. Variable Annuity Account (H) | | | | | | | | | |
| 97. -DFA VA International Value | | None | K | T | | | | | |
| 98. -DFA VA US Large Value | | None | K | T | Sold (part) | 12/30/19 | J | A | |
| 99. -Vanguard VA Total Stock Mkt Index | | None | L | T | Sold (part) | 12/30/19 | J | B | |
| 100. -Vanguard VA International | | None | K | T | Sold (part) | 12/30/19 | J | A | |
| 101. -Vanguard VA Short Term Invest Grade | | None | K | T | Buy (add'l) | 12/30/19 | J | | |
| 102. -Vanguard VA Total Bond Mkt Index | | None | M | T | Buy (add'l) | 12/30/19 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. 529 Account (H) | | | | | | | | | |
| 104. -AF-Capital Income Builder | | None | | | Sold | 03/05/19 | J | A | |
| 105. -AMCAP Fund 529F | | None | | | Sold | 03/05/19 | J | A | |
| 106. -American Mutual Fd 529 | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 109. -American High Income Tr | A | Dividend | | | Sold | 03/05/19 | J | A | |
| 110. -Euro Pacific Growth Fund 529F | A | Dividend | K | T | Buy<br>(add'l) | 03/05/19 | J | | |
| 111. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 113. -Fundamental Investors 529F | | None | | | Sold | 03/05/19 | K | B | |
| 114. -Bond Fund of America 529F | A | Dividend | K | T | Buy<br>(add'l) | 03/05/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 116. -Capital World Bond Fd 529-F | | None | | | Sold | 03/05/19 | J | A | |
| 117. -Small Cap World Fund 529F | | None | | | Sold | 03/05/19 | J | A | |
| 118. -Capital World Growth & Inc. | | None | | | Sold | 03/05/19 | J | A | |
| 119. -Washington Mutual 529F | A | Dividend | K | T | Buy | 03/05/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 121.  -Short Term Bond Fund of America 529 F | | None | J | T | Buy | 03/05/19 | J | | |
| 122.  529 Account (H) #2 | | | | | | | | | |
| 123.  -American Mutual Fd 529F | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 124. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 125. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 126.  -Bond Fund of America 529F | A | Dividend | K | T | Buy (add'l) | 03/05/19 | J | | |
| 127. | | | | | Sold (part) | 03/05/19 | J | B | |
| 128.  -Euro Pacific Growth Fund 529F | A | Dividend | K | T | Buy | 03/05/19 | J | | |
| 129. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 130.  -Fundamental Investors 529F | | None | | | Sold | 03/05/19 | K | B | |
| 131.  -Capital World Bond Fd 529-F | | None | | | Sold | 03/05/19 | J | A | |
| 132.  -Small Cap World Fund 529F | | None | | | Sold | 03/05/19 | J | A | |
| 133.  -Capital World Growth & Inc | | None | | | Sold | 03/05/19 | J | A | |
| 134.  -Washington Mutual 529F | A | Dividend | K | T | Buy | 03/05/19 | J | | |
| 135. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 136.  529 Account (H) #3 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -American Mutual Fd 529F | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 138.  -Bond Fund of America 529F | A | Dividend | J | T | | | | | |
| 139.  -Fundamental Investors 529F | | None | | | Sold | 03/05/19 | J | A | |
| 140.  -Euro Pacific Growth Fund 529F | A | Dividend | J | T | Buy (add'l) | 06/17/19 | J | | |
| 141.  - Washington Mutual 529F | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 142. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 143.  Autumn Smile Broadway LLC | D | Distribution | J | U | | | | | |
| 144.  Autumn Smile US Tour LLC | E | Distribution | J | U | | | | | |
| 145.  Mr. Sheffield LLC | | None | K | U | | | | | |
| 146.  Covington & Burling LLP | | None | N | U | | | | | |
| 147.  For Forever London LLC | A | Interest | K | U | | | | | |
| 148.  529 Account ( H) #4 | | | | | | | | | |
| 149.  -Washington Mutual 529F X | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 150.  -Euro Pacific Gwth Fd 529F X | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 151.  -Bond Fund Of America 529F X | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 152.  -American Mutual Fd 529F X | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 153.  Schwab Money Market Fund X | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Schwab Value Adv Money Inv X | A | Dividend | M | T | | | | | |
| 155.  Okta Inc | | None | K | T | Buy | 06/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Huvelle, Ellen S. | 10/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assessed value of the Rental Property reported on line 71, Part VII, is $478,800.

The 2019 report is amended to incorporate the changes as per the Letter of Inquiry dated October 25,2021 from the Committe on Financial Disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 10/27/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ellen S. Huvelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544